**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT R. FOULON, | No. 05-35383 |
| Plaintiff - Appellant, | D.C. No. CV-04-02555-JCC |
| v. | |
| KLAYMAN & TOSKES PA, a foreign corporation, | ORDER |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
John C. Coughenour, Chief District Judge, Presiding

**KOZINSKI**, Chief Judge, **REINHARDT**, **KLEINFELD**, **HAWKINS**, **GRABER**, **WARDLAW**, **GOULD**, **PAEZ**, **RAWLINSON**, **M. SMITH**, **IKUTA**, Circuit Judges:

The parties' motion to dismiss is granted. The appeal is dismissed with prejudice, each party to bear its own costs.

**COUNSEL**

Carl J. Carlson, Carlson & Dennett, P.S., for the Plaintiff-Appellant.

William R. Kiendl, Lee, Smart, Cook, Martin & Patterson, P.S., Inc., for the Defendant-Appellee.